# LIPUT LAW OFFICES, P.C.

*Mortgage Industry Attorneys*

115 Route 46, Building G
Mountain Lakes, NJ 07046
P.973 883 0333   F.973 883 0311
Admitted in NJ, NY & CT
www.liputgroup.com

April 3, 2009

**VIA ECF**

Hon. Peter G. Sheridan, U.S.D.J.
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: Icon Residential Capital, LLC v. A-Plus Mortgage LLC
     Civil Case No.: 08-cv-1768 (PGS)(ES)

Dear Judge Sheridan:

  Please be advised that I am withdrawing the above-referenced action from the court's calendar since Icon Residential Capital, LLC is dissolved and no longer in existence.

  By copy of this letter to the defendant's counsel, I am hereby notifying them of same.

Respectfully submitted,

Andrew Liput
aliput@liputgroup.com

ALL/br

cc: Andrew P. Zacharda, Esq. (via ECF)

SO ORDERED: [signature]
DATED: 4/7/09